```
                                          FILED
                                 CLERK, U.S. DISTRICT COURT

                                         1/7/2016

                                 CENTRAL DISTRICT OF CALIFORNIA
                                 BY:          CW          DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY DANIEL ALLEN,<br><br>        Petitioner,<br><br>  v.<br><br>AMY MILLER, Warden,<br><br>        Respondent. | Case No. CV 14-6647 MWF (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 7, 2016

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

2