JS-6

FILED
CLERK, U.S. DISTRICT COURT

1/7/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| COREY DANIEL ALLEN, | Case No. CV 14-6647 MWF (SS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| AMY MILLER, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: January 7, 2016

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE